# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SMARTCAR, INC.,<br><br>    Defendant. | Case No. 4:21-cv-4895-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND CASE MANAGEMENT DEADLINES<br><br>Courtroom:    6<br>Judge:    Hon. Jon S. Tigar |

**[PROPOSED] ORDER**

Pending before the Court is the Stipulation to Extend Case Management Deadlines filed by Plaintiff Volkswagen Group of America, Inc. and Defendant Smartcar, Inc.  Good cause appearing, the Court GRANTS the Stipulation.  The scheduling order is modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | July 15, 2022 | February 10, 2023 |
| Opening Expert Reports | September 2, 2022 | March 17, 2023 |
| Rebuttal Expert Reports | October 3, 2022 | April 14, 2023 |
| Close of Expert Discovery | November 4, 2022 | May 12, 2023 |
| Last Day to File Dispositive Motions | December 5, 2022 | June 15, 2023 |
| Hearing on Dispositive Motions | February 9, 2023 at 1:30 p.m. | July 20, 2023 at 2:00 p.m. |
| Final Pretrial Conference | April 6, 2023 at 1:30 p.m. | October 20, 2023 at 1:30 p.m. |
| Trial | May 8, 2023 at 9:00 a.m. | November 20, 2023 at 8:00 a.m. |
| Length of Trial | 5 days | 5 days |

IT IS SO ORDERED.

Dated: June 8, 2022

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE